IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01047-MSK-BNB

JEFFREY D. FOX,

       Plaintiff,

v.

CALIFORNIA FRANCHISE TAX BOARD,
JOHN CHIANG, individually and in his official capacity,
RICK WARD, individually and in his official capacity,
JOYCE (last name to be identified), individually and in her official capacity,
SUE YING, individually and in her official capacity,
ALLIANCE 1, a Collection Agency,
BOB MAUCH, Chairman, individually and in his official capacity, et al.,
ORANGE COUNTY TEACHERS,
FEDERAL CREDIT UNION, et al.,
LISA MITCHELL, individually and in her official capacity,
ROSIE TAYLOR, individually and in her official capacity,
FABBY (last name to be identified), individually and in her official capacity,
SUPERIOR COURT OF CALIFORNIA, ORANGE CO. DIVISION, and
STEVEN SHERMAN, Judge Pro Tem, in his official capacity,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 21st day of May, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge