IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01047-MSK-BNB

JEFFREY D. FOX,

    Plaintiff,

v.

CALIFORNIA FRANCHISE TAX BOARD,
JOHN CHIANG, individually and in his official capacity,
RICK WARD, individually and in his official capacity,
JOYCE (last name to be identified), individually and in her official capacity,
SUE YING, individually and in her official capacity,
ALLIANCE 1, a Collection Agency,
BOB MAUCH, Chairman, individually and in his official capacity, et al.,
ORANGE COUNTY TEACHERS,
FEDERAL CREDIT UNION, et al.,
LISA MITCHELL, individually and in her official capacity,
ROSIE TAYLOR, individually and in her official capacity,
FABBY (last name to be identified), individually and in her official capacity,
SUPERIOR COURT OF CALIFORNIA, ORANGE CO. DIVISION, and
STEVEN SHERMAN, Judge Pro Tem, in his official capacity,

    Defendants.
_____

**ORDER DEEMING NOTICE AN ENTRY OF APPEARANCE**
_____

    THIS MATTER comes before the Court on the Notice of Substitution of Defendants' Counsel (Notice) **(#16)** filed July 9, 2008. Having reviewed the Notice,

    **IT IS ORDERED** that the Notice is deemed an Entry of Appearance and the Clerk shall enter the appearance of Lawrence D. Stone and Christian D. Hammond as counsel for Defendants in this matter.

    DATED this 10th day of July, 2008.

                                    **BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge