IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01047-PAB-BNB

JEFFREY D. FOX

    Plaintiff,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on plaintiff's "Motion for Court-Approved Pro Se Electonic (sic) Filing". The Court has reviewed the pleading and is fully advised in the premises. The Clerk's Office has informed the Court that it has no record of receiving an ECF registration for plaintiff. In light of the fact that plaintiff has failed to comply with the court's procedures for the registration of a non-prisoner pro se party to register as a participant in ECF, it is

    **ORDERED** that the Motion for Court-Approved Pro Se Electonic (sic) Filing (Docket No. 30) is DENIED. Plaintiff is directed to the forms and instructions found at http://www.cod.uscourts.gov/CMECF/CMECF_ActReg.aspx and is encouraged to call the Help Desk at the number listed.

    DATED this 5th day of December, 2008.

                                                BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge