IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01047-PAB-BNB

JEFFREY D. FOX

　　Plaintiff,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

　　Defendants.

## ORDER

　　On July 3, 2008, the Court ordered plaintiff to amend his complaint by using the Court's form of complaint and by stating his claims more concisely and with more clarity [Docket No. 15]. The Court also ordered plaintiff to file a separate document showing cause why his case should not be dismissed or transferred for lack of proper venue or personal jurisdiction.

　　On July 29, 2008, Plaintiff filed an amended complaint utilizing the Court's format and restructuring his complaint [Docket No. 25]. On that day, plaintiff also filed a response [Docket No. 27] to the Court's order to show cause in which he addressed the venue and personal jurisdiction issues.

　　Construed liberally, see Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991), plaintiff's amended complaint is at least minimally compliant with the Court's July 3, 2008, Order. However, today's Order does not preclude a challenge by defendants

concerning venue, personal jurisdiction, or whether the complaint satisfies the requirements of the Federal Rules of Civil Procedure. Therefore, it is

**ORDERED** that the Court's order to show cause [Docket No. 15] is discharged. Plaintiff's amended complaint is accepted. It is further

**ORDERED** that for purposes of deadlines going forward, the amended complaint shall be deemed filed with this Court on the day this Order is signed.

DATED this 24th day of December, 2008.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge