IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01047-PAB-BNB

JEFFREY D. FOX

    Plaintiff,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on plaintiff Jeffrey D. Fox's "Motion for Change in Venue – U.S.C. 28 1404(b)" [Docket No. 93]. Plaintiff had previously stated that, if the Court found that it had no personal jurisdiction over the Orange County defendants, the Court should transfer this case to the state of California. *See* Docket No. 86 at 3. The Court did, in fact, determine that it had no jurisdiction over the Orange County defendants and dismissed plaintiff's claims against them on that basis. *See* Order [Docket No. 87]. However, the Court ruled that, if plaintiff intended to request that the Court transfer venue, he should file a proper motion to that effect. Plaintiff has now done so. Given that plaintiff seeks a transfer of venue due to lack of personal jurisdiction over the Orange County defendants, the Court will construe plaintiff's motion as also being made pursuant to 28 U.S.C. § 1631.

Plaintiff previously noted his objections to a change of venue. *See* Plaintiff Response to Court Order to Show Cause [Docket No. 26 at 13-17]. His motion for

change of venue now triggers the consideration of additional factors, which are not discussed in the motion. Plaintiff is directed to file a supplement to his motion for change of venue addressing the following issues, which will inform the Court's exercise of its discretion in determining whether to transfer this case: what federal district court plaintiff proposes transferring this case to; what prejudice, if any, plaintiff would suffer from the Court dismissing this case as opposed to transferring it, especially in light of the Court's rulings; what effect, if any, the transfer of this case would have on the remaining defendants; and why it would be in the interest of justice to transfer this case. *See, generally, Trujillo v. Williams*, 465 F.3d 1210, 1222-1223 (10th Cir. 2006) (discussing federal transfer statutes).

Wherefore, it is

ORDERED that plaintiff Jeffrey D. Fox shall file a supplement to his "Motion for Change in Venue – U.S.C. 28 1404(b)" [Docket No. 93] on or before January 14, 2010.

DATED January 5, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge